# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-11271 USA v. Sagoo
USDC No. 4:24-CV-1159

The court has taken the following action in this case: Appellant's motion to stay proceedings pending a ruling on the motion to remand is GRANTED.

A response to the motion to remand is still due by 10/5/2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ____________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Hana Christine BilickI
Mr. Clint Aaron Carpenter
Mr. Jason B. Freeman
Mr. Geoffrey Klimas