# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 21, 2026
Thomas B. Plunkett, III
Clerk

No. 25-11271

United States of America,

*Plaintiff—Appellant*,

*versus*

Sharnjeet K. Sagoo,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-1159

UNPUBLISHED ORDER

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's opposed motion to vacate the decision of the District Court is GRANTED.

IT IS FURTHER ORDERED that Appellant's opposed motion to remand the case to the District Court for reconsideration in light of the Supreme Court's decision in *FCC v. AT&T, Inc.*, 608 U.S. 531 (2026), is GRANTED.